Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2019 JUN -3 PM 12: 49

CLERK _Casbell_
SO. DIST. OF GA.

Jennifer Lashawn O'Neal

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Southeast Georgia Health System

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:19-cv-67

(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     Jennifer Lashawn O'Neal

Street Address     511 Walden Shores Lane

City and County     Brunswick    Glynn

State and Zip Code     Georgia 31525

Telephone Number     (912) 230-4699

E-mail Address     jenlashawn@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — Southeast Georgia Health System

Job or Title *(if known)*

Street Address — 2415 Parkwood Drive

City and County — Brunswick Glynn

State and Zip Code — Georgia 31520

Telephone Number — 912-466-3100

E-mail Address *(if known)* — Kreale @ sghs.org

**Defendant No. 2**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Identity Theft    Insurance Fraud
Identity Fraud
Internet Fraud

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* Jennifer Lashawn O'Neal , is a citizen of the State of *(name)* Georgia .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)* Southeast Georgia Health System is incorporated under

the laws of the State of *(name)* Georgia , and has its

principal place of business in the State of *(name)* Georgia .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Individuals employed at Southeast Georgia Health System willingly committed heinous actions by unauthorized use of my identity, gaining access to my Colonial Life Insurance policy/account. Included in my account are identities with social security numbers and date of birth of my children; Terrance K. O'Neal (active duty U.S. marine), Richard M. Rowe, Jr., and Nicholas L. Rowe. Medical records for Nicholas and myself was attached in violation of civil rights. —See attached additional page.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My last day of employment with Southeast Georgia Health System was on May 23, 2018. This crime was committed on July 5, 2018.  I did not authorize my email address to be changed. When a team member with an email address is no longer working with the health system, deactivation is initiated immediately upon the following day of team member's last day. For this theft and fraud; Administrative, Management, and Human Resources willingly committed this crime by submitted a request; to reactivate my email address account by submission to the Information Systems Department. This is devastating and truly upsetting to receive such notification from Colonial Life of such request not initiated; nor authorized by me. When I filed claims with Colonial Life, I submitted my medical records for documentation for claims for my son; Nicholas L. Rowe and myself. Whomever submit this request to Colonial Life gained access to my account with my medical records without my knowledge and authorization.

I am truly concerned and upset how my identity was used and compromised; to gain access to my Colonial Life account. For healthcare professionals; to take it upon themselves to access my account and made such a change is complete devastation; required assistance from multiple individuals; to search the Human Resources database to retrieve my personal information to make the change of email addresses. In addition to invasion of my privacy, my children's personal information, such as their names, social security numbers, and date of birth included in my Colonial Life account. My son; Terrance K. O'Neal; whom is active duty with the United States Marine Corp Special Forces Unit was deployed overseas when this crime took place. My other son's name is Richard M. Rowe, Jr. With medical records  attached to my account, they truly violated HIPPA with access to Dr. Marsha Certain's office note from April 20, 2018, Dr. Carl Dohn office notes from January 25, 2018 and April 19, 2018, Ultrasound of Head/Neck from May 9, 2018, and Exercise Stress Test from May 7, 2018. Only the EOB for labs ordered by Dr. Certain included in my account not actual results. However; it is my concern and belief; healthcare professionals committed such crime; it is my belief my lab results was accessed in the EHR system utilized and operated by Southeast Georgia Health System.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case—related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    *Jennifer Lashawn O'Neal*
Printed Name of Plaintiff    Jennifer Lashawn O'Neal

### B.    For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____