AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JENNIFER L. O'NEAL,

    Plaintiff,

v.

SOUTHEAST GEORGIA HEALTH SYSTEM,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV219-67

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of the Court entered this 14th day of January 2021, Defendant Southeast Georgia Health System's motion for summary judgment is GRANTED. Therefore, judgment is ENTERED in favor of Defendant. This case and the member case 2:19-cv-066 stand CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF GEORGIA

January 15, 2021
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020